SCHEDULE A
MDL No. 2859 - IN RE: ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION
District of Alaska
HICKEY, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 3:16-00045
DERIFIELD, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 3:18-00021
Northern District of California
ROBERTS v. ZIMMER BIOMET, INC., ET AL., C.A. No. 4:18-03564
Middle District of Florida
HEINEMAN v. ZIMMER BIOMET, INC., ET AL., C.A. No. 8:17-02420
District of Maine
MILLER, ET AL. v. ZIMMER BIOMET, INC., ET AL., C.A. No. 2:17-00265
LLOYD, ET AL. v. ZIMMER BIOMET HOLDINGS, INC., ET AL., C.A. No. 2:17-00352
MYRICK v. ZIMMER, INC., ET AL., C.A. No. 2:17-00480
WALDEIER v. ZIMMER BIOMET HOLDINGS, INC., ET AL., C.A. No. 2:18-00004
PRIDE, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 2:18-00108
GRAHAM-FORTIN v. ZIMMER BIOMET HOLDINGS, INC., ET AL., C.A. No. 2:18-00204
Eastern District of Michigan
PASTOR v. ZIMMER, INC., ET AL., C.A. No. 2:18-11461
District of Minnesota
HOLLENKAMP, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 0:18-01304 *1382 LAUKKA, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 0:18-01305
METZGER, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 0:18-01310
NESS, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 0:18-01326
HARMS, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 0:18-01378
HACKETT, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 0:18-01407
Eastern District of New York
VIANIA v. ZIMMER, INC., ET AL., C.A. No. 2:17-01641
Southern District of New York
SHAW v. ZIMMER, INC., ET AL., C.A. No. 1:17-02119
LUCKASAVAGE, ET AL. v. ZIMMER, INC., ET AL., C.A. No. 1:17-07451
Eastern District of Wisconsin
LIESCH, ET AL. v. ZIMMER BIOMET HOLDINGS, INC., ET AL., C.A. No. 1:17-01036